STATE v. CURRY

No. 90 PC.

Case below: 25 N.C. App. 291.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. GARNETT

No. 111.

Case below: 24 N.C. App. 489.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 April 1975.

STATE v. GOINS

No. 29 PC.

Case below: 24 N.C. App. 468.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. GRAHAM

No. 58 PC.

Case below: 24 N.C. App. 591.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. HAMMOCK

No. 69 PC.

Case below: 25 N.C. App. 97.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.